# United States v. Silvia C. Gonzalez
## Case No.  16-CR-20494-CMA

---

## DEFENDANT's SUPPLEMENT TO THE PRE-SENTENCE REPORT

---

Respectfully submitted,

**Leonard A. Sands, Esq.**
**Sands & Moskowitz, P.A.**
Law Offices at Brickell Bay
2333 Brickell Avenue - Suite A-1
Miami, Florida 33129-2497
Tel 305-285-1500
Fax 305-285-0699
Cell 786-202-1500
e-mail: leonardsands@att.net
Co-Counsel for **Silvia Gonzalez**


/ s / **Leonard A. Sands,** Esquire

---

**LEONARD A. SANDS,** Esquire

1

**United States v. Silvia C. Gonzalez**
**Case No.  16-CR-20494-CMA**

# INDEX

1.  Defense Counsel's Statement (from **Leonard Sands,** Esquire);

2.  Defense Counsel's Statement (Letter from **Michelle Medina,** Esquire);

3.  Letters from the **Defendant,** family, and, friends—

    a.  Letter from defendant **Silvia Gonzalez**;

    b.  Letter From husband **Massimo Furlan;**

    c.  Letter from brother **Julio Argentino Gonzalez**;

    d.  Letter from friend **Kenneth Walker**:

    e.  Letter from friend **Diana L. Rios**;

    f.  Letter from friend **Glenn S. Does**;

    g.  Letter from friend **Michael Ferrer**;

    h.  Letter from friend **Nohora Koenig.**

    i.  Letter from friend **Anahi Alvarez.**

4.  Family Photos

SANDS & MOSKOWITZ, P.A. • LAW OFFICES AT BRICKELL BAY • 2333 BRICKELL AVENUE, SUITE A-1 • MIAMI, FLORIDA 33131-2497 • TEL. (305) 285-1500

United States v. Silvia C. Gonzalez
Case No.  16-CR-20494-CMA

# EXHIBIT 1

SANDS & MOSKOWITZ, P.A. • LAW OFFICES AT BRICKELL BAY • 2333 BRICKELL AVENUE, SUITE A-1 • MIAMI, FLORIDA 33131-2497 • TEL. (305) 285-1500

United States v. Silvia C. Gonzalez
Case No.  16-CR-20494-CMA

## DEFENSE COUNSEL's STATEMENT

I first met **Silvia Gonzalez** over a year ago, when her longtime immigration lawyer recommended **Silvia** consult with me about an ongoing federal criminal investigation in which **Silvia** was approached to be a potential government witness.

During the course of the last year, I have been extremely impressed with **Silvia**'s genuine sincerity, compassion, and, desire to assist the government. **Silvia**'s information was both valuable and useful.  The disposition in **Silvia**'s case now before the court, I believe, is an acknowledgment of **Silvia**'s minor role and cooperation.

Importantly, in getting to know **Silvia** over the course of the last year, I have come to learn about her personal history and personal issues.  I believe the emotional and psychological scars of her past, made her susceptible to the conduct which brings her before the court.  However, **Silvia's** involvement with our judicial system in this matter has had a silver lining.  As a result, **Silvia** has sought counseling and therapy, which is helping her deal with unresolved issues of anxiety and stress.  I believe she has gained a much greater insight into herself and is a much better person for it.

**Silvia** has gone to school and recently received her license in cosmetology.  She now has an upbeat, positive attitude towards life and her future.  With

1

United States v. Silvia C. Gonzalez
Case No.  16-CR-20494-CMA

DEFENSE COUNSEL's STATEMENT

the love and support of her husband and son --and, new outlook on life-- I believe **Silvia**
will do well in whatever she chooses to do.

    **Silvia** is a lawful permanent resident of the United States and hopes to
become a United States citizen someday.  **Silvia** loves this country and wants to make a
future here for herself and her family.

    Counsel believes that a non-custodial sentence is appropriate in this case.
He will have further and additional remarks to make at the time of sentencing.

    Respectfully submitted,

    **Leonard A. Sands, Esq.**
    **Sands & Moskowitz, P.A.**
    Law Offices at Brickell Bay
    2333 Brickell Avenue - Suite A-1
    Miami, Florida 33129-2497
    Tel 305-285-1500
    Fax 305-285-0699
    Cell 786-202-1500
    e-mail: leonardsands@att.net
    Co-Counsel for **Silvia Gonzalez**

    / s / **Leonard A. Sands,** Esquire

    _____

    **LEONARD A. SANDS,** Esquire

2

United States v. Silvia C. Gonzalez
Case No.  16-CR-20494-CMA

# EXHIBIT 2



—THE—
**BAEZ**
—LAW FIRM—
TRIAL LAWYERS

Honorable Cecilia M. Altonaga
United States District Judge
Wilkie D. Ferguson United States Courthouse
401 N. Miami Avenue,
Miami, Florida 33128

**United States of America v. Silvia Gonzalez**
**CASE NO: 16-CR-20494- CMA**

Dear Honorable Altonaga,

    I have known my client, Silvia Gonzalez, for the past 4 years. She has come a long way, and is a different person from the woman I met back in 2012. Although this process has been extremely difficult, and stressful to her personally and her family, I find that without this process, she would have never been able to fully rehabilitate herself and fight the fears she has held inside of her for 36 years.

    Secondly, she has been cooperative since day one with the Assistant United States Attorney, Matthew Grady. She has made herself available to him, the lead investigator and other Assistant United States Attorneys in the Country.

    Most importantly, Silvia is known as a woman who has spent a lifetime helping others around her. The letters by her family and friends will reveal a woman defined by selflessness, charity, and a fierce devotion to helping others. These letters seek the Court's mercy, and attest to the good moral character of Silvia.

    Thus, we will request that the Court impose a reasonable sentence, below the advisory range, which the Court deems "sufficient, but not greater than necessary" to achieve the goals of punishment.

Sincerely,

Michelle Medina, Esq.

40 SW. 13th ST., Suite 505, Miami, FL 33130
305-999-5100

United States v. Silvia C. Gonzalez
Case No.  16-CR-20494-CMA

# EXHIBIT 3

SANDS & MOSKOWITZ, P.A. • LAW OFFICES AT BRICKELL BAY • 2333 BRICKELL AVENUE, SUITE A-1 • MIAMI, FLORIDA 33131-2497 • TEL. (305) 285-1500

Silvia C. Gonzalez                                September 8th, 2016
16900 Bay Rd. Apt. 2006
Sunny Isle, FL. 33160
Phone: (786)-501-6566

Dear Judge Altonaga,

Now that time has passed and I've had time to reflect on my situation, it's clear to me how wrong my actions were.

I do want you to know that I am remorseful for my actions and how this has opened my eyes as I never have been in any type of trouble before this in my life. I will learn from this and move forward with the help of this court to become a better person, mother, and wife, starting a new chapter in my life.

But I also realize words are not enough, and that actions count as well. So I have already committed to bettering myself. Over the past few months, I have returned to school and done well there. In fact, I very recently received my cosmetology certification, which I am proud of. I am now actively seeking professional employment in this field. And if there is a silver lining in all this, it is that it helped me make the decision to seek counseling with a therapist hoping to be able to resolve sexual and physical abuse I suffered from both my former husband and family friend when I was just a young girl. This is something I have let go way to long without addressing, trying instead to suppress it in hope's it would just go away from my mind and thoughts, but through the help of my therapist I see now that the healing process can't start till you're ready to face your demons and move forward with your life. A friend of mine has always told me that all things happen for a reason, and I guess he is right as I am not sure I would have ever sought help with this if not for my mistake and actions that have lead me here.

I am also volunteering for the local cancer society, which involves transporting cancer patients to and from their doctor's appointments and chemotherapy. I've always enjoyed helping others but never knew how very good it would make me feel to help in this way people who seem to need the help so desperately as most of these people do.

In closing, I have learned a great deal from the mistake I made, and vow to put what I have learned to good use right now, and in the future. The court can be confident they will never see or hear from me on the wrong side of the law again.

Thank you for your kind consideration,

Silvia Gonzalez

**Honorable Cecilia M. Altonaga**
United States District Judge
Wilkie D. Ferguson United States Courthouse
401 N. Miami Avenue
Miami, Florida 33128

I met Silvia 13 years ago and I married her on 2008. I still love her like 13 years ago was yesterday.

What I like most about my wife is how strong she is for a woman of her age and how good and giving she is to her son, our son Nico.

With all she has passed through in her life she is still a very positive and extremely giving person when it would be so easy for all she has been through to have jaded her toward people.

She is very remorseful at what she has done and has no excuses for it. She has, however, tried to heal from this. Such as, Silvia has sought help with a psychologist in hopes of finally being able to come to terms with the sexual and physical abuse she suffered both when she was younger and from her first husband.

I have noticed a very different person each time she has returned home from one of her meeting with her therapist and thank God she is on the road to putting such horrible memories behind her and starting the positive process of healing.

She has made some mistakes in the past, but I would say haven't we all. Maybe for lack of judgement or inexperience, but never for lack of kindness or empathy.

And she always recognizes her mistakes and never tries to run from them but takes responsibility's for her actions saying she is sorry when she is wrong while trying to learn from her mistakes.

She is an amazing woman with a heart of gold and I wouldn't trade that for the most perfect women in the world!

She is my wife and I'm proud and amazed by her beauty inside and out every day!

Massimo Furlan

16900 North Bay Road apt. # 2006
Sunny Isles Beach
FL 33160

428 Pasaje Perretti,
Corrientes, Argentina
+54 9 3772 498953

August 28th, 2016

Honorable Cecilia M. Altonaga,

I felt quite honored when my sister Silvia Gonzalez asked me to write a character letter for her. My name is Julio Argentino Gonzalez and I work as a food inspector in Argentina. Silvia is only one year older than I, but in terms of the influence she's had on my life she might as well have been my mother. In addition to raising an adorable family and being a good wife, daughter and sister, Silvia has always found time to get involved in my life.

From a young age on, life has been a struggle: my parents couldn't afford a school bus to take us to school, so our aunt took walked us to school. I recall that during winter, it was dark and cold and we had to get up at 6am because we had to be in school by 7:00am. Since it was dark at this time, I was scared but my sister would comfort me and said 'Julio don't be afraid just hold my hands".

At eleven years old Silvia went to a special program run by our church to help old and young people in the public hospital ' San Jose'. Since that my sister Silvia take a deep interest in the lives of many people, spending her time helping young alike and older. Her action tough me not only the value of helping other with responsibility but the importance of loyalty and commitment. Whenever she adopts a cause or pursues a new interest she is guaranteed to be highly committed.

In the 1992 my sister Silvia was in last years of elementary school here is a tradition in Argentina to take a trip with the class to another Province. This is planned with a year in advance which allow the parents to make a payment plan. Silvia wanted to go but my parents couldn't afford. There was another classmate, her best friend Cesar couldn't afford neither.

My sister is very creative and she asked my dad for a loan, so she could buy ingredients and asked her godmother the recipe how to make 'pastelitos'. They were so good that they were selling quite well. For 12 months in a row, she was able to put aside the money, which allowed her and her friend Cesar to go on this trip and pay my dad back.

When Silvia turn sixteen, my sister became a teen mother. It was difficult news for my mom and dad to assimilate. It was an unstable time for my sister, but during this time the family became closer.

Although the news was a shock to my parents, they were able to overcome and help her with a plan to finish her high school. During this time, Silvia kept her mind on her baby, family, and school. At the same time, my mother and cousins help her with the basic baby care. This allowed my sister to finish high school.

Our life was hit hard by the economic depression, a time frame where my parents lost all our savings and life became very hard: which meant that both my parents were working extra hours. Because of this, my dad put Silvia, who was the oldest, in charge of the house. Silvia took our dad's responsibility very serious, which meant she had to cook & clean during the day.

During this time, Silvia went to night school, which showed her commitment to our family. I learnt a lot from my sister during this time; she is very patient. In this lifetime Silvia and I became more confidents than ever, despite my dyslexia that I had to deal with. She always found time to help me and I still remember how she would always tell me 'Never give up'.

In 2002, our family experienced the worst news when our dad passed away from a heart attack. With all the bad news hitting us in a short time frame, my mother got depressed and didn't know what to do and life became a constant struggle worrying what to eat and losing our home. This changed the dynamics in our family and from this moment forward, Silvia became the head of the family and in an instant, she was now responsible for the family economically.

A few years later mom was diagnosed with breast cancer, again life hit our family and Silvia again helped out paying for my mother's cancer operation and being by her side during this painful moment for my mother. My sister was confident about the treatment and 5 years later, my mom is now cancer free.

I know my sister is very sorry for her crime, but I know in my heart she is the best sister with a heart of gold. She has many good qualities- her kindness, her energy, and her creativeness to name three. Instead I would simply like to say she deserves a second chance in life.

Sincerely,

Julio Argentino Gonzalez

From: Kenneth Walker President/Owner

Volunteer Veneer & C&K Lumber and Exports

215 Wildberry Lane

Nashville, Tennessee 37209

Phone: (615)-495-3910

Too: Whom it may concern

My name is Kenneth Walker and I'm a small business owner. I have been friends with Silvia Gonzalez for 12 years.

I first met her when I was in Miami visiting a mutual friend and looking at some vacation properties. She is one of the kindest hearted and most sincere people I have ever met. I don't believe she has ever met a stranger as she treats everyone with the utmost kindness and respect no matter their nationality or race!

Once there was two Brazilian couples that she came upon in Miami at her condominium that were there visiting on vacation. She saw one of the lady's in the lobby crying and speaking in Portuguese which Silvia speaks as well. She told me from what she could over hear that they were here on vacation and had rented an apartment from someone within the building but could not get ahold of them when they arrived and so had no place to stay and didn't know what to do. Silvia not knowing these people until this very moment still offered them to stay in her home until they could find the person in which they had rented from. I told her she was crazy she didn't even know these people! But Silvia would have no part of them staying out on the street when she had a place they could stay. This is classic Silvia thinking of others first! She is a shining example of what I wish all Americans could be as I think in doing so the world would see us in a very different light as I'm sure these two Brazilians couples could attest to and have to their own friends, family and countryman since their return home!

There are many more stories like that of Silvia's kindness to friends and strangers alike. Too many to share within this short letter, but its stories like that, that makes me so very proud to call her my friend!

She has told me of her trouble and the charges she is facing and I know you don't know Silvia as I or many of her friends and family do. But I believe now very sincerely that she will learn from this mistake and not repeat it if only given a second chance by this court.

If anyone ever deserved a second chance it's Silvia I told her this the other day when we spoke on the phone and she asked me if I would write this letter. I told her to believe in the kindness and understanding of others and know that all things happen for a reason.

Thank you very much for taking the time to read my letter and I hope it sheds some light into the type of person Silvia is and helps you in making such an important decision for such a very special young lady!

Warmest Regards,

Kenneth  Walker

Honorable Judge,

My name is Diana Lucia Rios. By profession, I sell sportswear and beachwear in Miami-Dade County.

I have known Silvia Gonzalez and her family since 2004. I met them through Nohora Koenig, a mutual friend of ours.

Since we met we have developed a great friendship, since we have many things in common: hobbies, healthy lifestyle, healthy behavior, points of view, etc. But, most of all, what I have always admired about her is her great generosity: her constant desire to share, give, and help each person who enters her life for whatever reason. Her sensitivity, sense of friendship, and family values have always inspired me to be a better human being.

In these 12 years of friendship we have both lived outside the United States for certain periods of time, but we have always stayed in touch, cultivating our friendship and supporting each other through all the circumstances of our lives.

Some months ago, she shared with me about the legal situation she is going through. She is aware that she committed an error, breaking the laws of this great country, and I assure you that she regrets having done so with all her heart. As a close friend of hers, I know of her desire to end this process in a timely way to be able to get back to her normal life, since this situation has changed the dynamic of her daily life, mainly changing her family unity as she is away from her husband and young son, who obviously needs her guidance and affection. Besides this, her mother who resides in Argentina is suffering from cancer and has Silvia as her only support. She misses and longs to see her beloved daughter. This is a very sad situation for both of them.

Thank you for giving me the opportunity to share with you my appreciation and admiration for Silvia Gonzalez. I ask you to consider her human qualities and leadership and to give her the opportunity to resume the normal course of her life, and to continue contributing positively to our society as she has done until now.

Respectfully,

Diana L. Rios          09/13/2016

(786) 440-1239

7917 West Dr., Apt. 31

North Bay Village, FL 33141

15247 SW 31st ST
Miami, FL 33185
(305)984-2692
gdoes@yahoo.com
August 21, 2016


Dear Honorable Cecilia M. Altonaga:

My name is Glenn Does and I work in the telecommunications industry as a software engineer.

I have known Silvia Cielo Gonzalez for the last 14 years through her brother. Since we both are foreigners, who came from soccer countries, we immediately bonded. Silvia is someone who tells you the truth without sugar coating it: something that takes a bit to get used to, but later I come to value this. Through the time I have known Silvia, she always bragged about her son and made it clear her #1 mission in life is to be a good mom to her son. Although not easy, she always cherished this mission: she lives for her son.

Silvia has a close bond with her family in Argentina and when her dad died, it had a tremendous impact on her: in one instant, she became the head of the family, which came with lots of responsibilities. When her mom needed her during cancer surgery, she hopped on the first flight to Argentina to be at her mom's side. She has endured a lot over the years, but has grown to become what she is now: a strong mommie, who lives for her son.

Just as she helps out her family, she is just as gracious to her close inner circle: when I was in pain with kidney stones, she took me to the doctor during difficult times. She is very good dealing with doctors and asking a million questions to understand what is going on.

I know Silvia got in trouble with the law, which she took very serious: sleepless nights and text explaining the situation. Her first comment was her son: what will I do without Nico (Silvia's son), who needs me? She was depressed for some time, but one day she called me up that she started school. I hardly got to see or hear from Silvia: all I heard was when the score came, she nailed another A in the class by texting me her score. She would compete with her son to see who got the best score on tests (setting the example to him). She is on her way to start a new chapter and knowing her after all these years, I know she will excel in the next chapter. This the reason why I admire Silvia: she always tries to make the best out of every situation!

Sincerely,

Glenn S. Does

Michael Ferrer
2033 Gateway Boulevard
Suite 203
San Jose, CA. 95110
(239) 784-5894


Dear Honorable Judge Altonaga:

My name is Michael Ferrer and I am pleased to write this letter on behalf of my longtime friend Silvia Cielo Gonzalez.

It has been a privilege to know Silvia for (12) twelve years and I consider her to be a true friend and respectable person. I travel a great deal as VP of Business Development for a leading technology firm and I met Silvia during one of my trips, through a mutual friend in Miami. I realized immediately that she is a very special person because she has made her life long priority her son, family & friends. Upon joining her inner circle, I understood the true meaning of character and friendship and how many lives she has touched.

Since I have known Silvia, she has faced crisis head on with the death of her father and dealing with her mother's cancer, while raising her son. These traumatic events have shaped her and demonstrated how dedicated she is to being a great role model

During our time together, I know her as a hardworking, caring, and thoughtful person jumping at any opportunity to help a friend. She is also an upstanding citizen and actively volunteers and is going to school and hopes to open a business once she finalizes her certification.

Silvia is the glue that holds everything together and has sacrificed her entire life to be a good mother and make sure her son is respectful, educated and grows up to be a great man. Whenever there is a crisis, she is the first one willing and able to lend a hand.

Please contact me if you need further information.

Sincerely,

Michael Ferrer

16611 Royal Poinciana Drive
Weston, FL 33326
(786)306-9436
August 30, 2016

Your Honor Cecilia M. Altonaga,

 My name is Nohora Koenig and I am a local realtor.

I have known Silvia Cielo Gonzalez, for 13 years. We first met at our condominium as we were neighbors in the same building. She was 23 and going through a rough time with her divorce and still trying to recuperate from the domestic violence she had suffered at the hands of her former husband. If that was not bad enough, he was stalking her and her life a living hell and she constantly had to look over her back for him.  We became very good friends during this time and have remained in touch all these many years sharing both good and bad times but no matter what she has always proven to be a loyal and very wonderful friend to me always being there for me no matter what.

I understand that Silvia has to attend court. She is very upset about the charges and I know she is sorry for what she has done as well. She has been under a great deal of stress due to her mother's difficult battle with cancer and I know this has been weighing heavily on her.
But even with all that is going on in her life right now, she just got her skin care /make up license.
I know that if Silvia knew of something bothering me or one of her other friends or family members or for that matter even a complete stranger she would put her problems to the side and try and comfort and or help me solve my problems before looking to solve her own as this is the kind of person she is and what makes her so very special to not only me but everyone in which she comes into contact with.  To say she is very unselfish is a major understatement to say the least.

And although she has been charged, I would not think twice to trust her. I myself, should something happen to me and my husband, I wouldn't hesitate for one moment to trust her with my daughter in our absence. I couldn't ask for my daughter to be raised by a kind and decent, and trustworthy person then Silvia has proven to me over the many years. I do truly believe any behavior she has displayed that caused her to be charged with these charges is a once in a lifetime event and that she will not repeat these or any other in the future.

Yours faithfully,
Nohora Koenig

Anahi Alvarez                                                      August 30th, 2016
20400 W Country Club Dr. Apt 714
Aventura, Florida 33180
Phone: 786-218-6388

Dear Honorable Judge Altonaga,

My name is Anahi Alvarez and I'm an Interior decorator. I have been friends with Silvia Gonzalez for 13 years.

I first met her when I was in Miami visiting a mutual friend and looking at some vacation properties. She is one of the kindest and most sincere person I have ever met. I don't believe she has ever met a stranger as she treats everyone with the utmost kindness and respect no matter their nationality or race.

Once there was two Brazilian couples that she came upon in Miami at her condominium that were there visiting on vacation. She saw one of the lady's in the lobby crying and speaking in Portuguese which Silvia speaks as well. She told me from what she could over hear that they were here on vacation and had rented an apartment from someone within the building but could not get ahold of them when they arrived and so had no place to stay and didn't know what to do. Silvia not knowing these people until this very moment still offered them to stay in her home until they could find the person in which they had rented from. I told her she was crazy she didn't even know these people! But Silvia would have no part of them staying out on the street when she had a place they could stay. This is classic Silvia thinking of others first. She is a shining example of what I wish all people could be as I think in doing so the world would see us in a very different light as I'm sure these two Brazilians couples could attest to and have to their own friends and family since their return home.

There are many more stories like that of Silvia's kindness to friends and strangers alike. Too many to share within this short letter, but its stories like that, that makes me so very proud to call her my friend.

She has told me of her trouble and the charges she is facing and I know you don't know Silvia as I or many of her friends and family do. But I know very sincerely that she will learn from this mistake and not repeat it if only given a second chance by this court.

If anyone ever deserved a second chance, it's Silvia I told her this the other day when we spoke on the phone and she asked me if I would write this letter. I told her to believe in the kindness and understanding of others and know that all things happen for a reason.

Thank you very much for taking the time to read my letter and I hope it sheds some light into the type of person Silvia is and helps you in making such an important decision for such a very special young lady.


Warmest Regards,

Anahi Alvarez

**United States v. Silvia C. Gonzalez**
**Case No.  16-CR-20494-CMA**

# EXHIBIT 4

6









Case No.  16-CR-20494-CMA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via **CM/ECF** on September 22, 2016 to all counsel or parties of record.

Respectfully submitted,

**Leonard A. Sands, Esq.**
**Sands & Moskowitz, P.A.**
Law Offices at Brickell Bay
2333 Brickell Avenue - Suite A-1
Miami, Florida 33129-2497
Tel 305-285-1500
Fax 305-285-0699
Cell 786-202-1500
e-mail: leonardsands@att.net
Co-Counsel for **Silvia Gonzalez**

/ s / **Leonard A. Sands,** Esquire

**LEONARD A. SANDS,** Esquire

7